IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

BENJAMIN BAKER,                      )
                                     )
                 Plaintiff,          )
                                     )
       vs.                           )        CAUSE NO. 1:23-cv-664 MPB-KMB
                                     )
DWD COMPANY, LLC,                    )
                                     )
                 Defendant.          )

**ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff, Benjamin Baker, and Defendant, DWD Company, LLC, have filed a Stipulation of Dismissal seeking dismissal of this matter with prejudice pursuant to FRCP 41(a)(1)(A). The Court has examined the Stipulation and now finds that the matter should be dismissed.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice. Each party shall bear its own costs.

So ORDERED this 24th day of October, 2024.

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution to ECF counsel of record.